FILED
2015 APR 22 PM 12: 04
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2014 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL ALAN SHAPIRO,<br><br>    Defendant. | No. CR 15- **CR15-0224**<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2423(b): Travel with Intent to Engage in Illicit Sexual Conduct; 18 U.S.C. § 2423(c): Engaging in Illicit Sexual Conduct in Foreign Places; 18 U.S.C. § 2428(a)(1): Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2423(b)]

On or about February 4, 2010, defendant PAUL ALAN SHAPIRO, a United States citizen, knowingly traveled in interstate and foreign commerce, from Los Angeles County, within the Central District of California, to the Kingdom of Thailand, for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

## COUNT TWO

[18 U.S.C. § 2423(c)]

Between on or about February 4, 2010, and on or about September 21, 2012, defendant PAUL ALAN SHAPIRO ("SHAPIRO"), a United States citizen, knowingly traveled in foreign commerce from Los Angeles County, within the Central District of California, to the Kingdom of Thailand, and engaged in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with "MINOR 1," a boy who was under 18 years of age at the time that defendant SHAPIRO engaged in illicit sexual conduct with him, in violation of Title 18, United States Code, Section 2423(c).

COUNT THREE

[18 U.S.C. § 2423(c)]

Between on or about February 4, 2010, and on or about September 21, 2012, defendant PAUL ALAN SHAPIRO ("SHAPIRO"), a United States citizen, knowingly traveled in foreign commerce from Los Angeles County, within the Central District of California, to the Kingdom of Thailand, and engaged in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with "MINOR 2," a boy who was under 18 years of age at the time that defendant SHAPIRO engaged in illicit sexual conduct with him, in violation of Title 18, United States Code, Section 2423(c).

FORFEITURE ALLEGATION

[18 U.S.C. § 2428(a)(1)]

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to defendant PAUL ALAN SHAPIRO ("SHAPIRO") that, in the event defendant SHAPIRO is convicted of Counts One, Two, or Three of this Indictment, defendant SHAPIRO shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a)(1), all property, real or personal, used or

//

//

intended to be used to commit or facilitate the commission of the offenses of conviction.

A TRUE BILL.

/s/

Foreperson

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DAMON A. KING
Acting Chief
Child Exploitation & Obscenity Section
Criminal Division
U.S. Department of Justice

AMY LARSON
Trial Attorney
Child Exploitation & Obscenity Section
Criminal Division
U.S. Department of Justice

MICHAEL W. GRANT
Trial Attorney
Child Exploitation & Obscenity Section
Criminal Division
U.S. Department of Justice