2016 MAR 23 AM II: 35

FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| UNITED STATES OF AMERICA, | No. CR 15-224(A)-DMG |
|---|---|
| Plaintiff, | **F I R S T** |
| | **S U P E R S E D I N G** |
| v. | **I N D I C T M E N T** |
| PAUL ALAN SHAPIRO, | [18 U.S.C. § 2423(b): Travel with |
| Defendant. | Intent to Engage in Illicit |
| | Sexual Conduct; 18 U.S.C. |
| | §§ 2423(c), 2423(e): Engaging and |
| | Attempting to Engage in Illicit |
| | Sexual Conduct in Foreign Places; |
| | 18 U.S.C. §§ 1591(a)(1), (b)(2), |
| | 1596(a): Sex Trafficking of |
| | Children; 18 U.S.C. §§ 1594, |
| | 2428: Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2423(b)]

On or about February 4, 2010, defendant PAUL ALAN SHAPIRO, a United States citizen, knowingly traveled in interstate and foreign commerce, from Los Angeles County, within the Central District of California, to the Kingdom of Thailand, for the purpose of engaging in illicit sexual conduct, as defined in



1  Title 18, United States Code, Section 2423(f), with another
2  person under 18 years of age, in violation of Title 18, United
3  States Code, Section 2423(b).
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNT TWO

[18 U.S.C. §§ 2423(c), 2423(e)]

Between on or about February 4, 2010, and on or about September 21, 2012, defendant PAUL ALAN SHAPIRO, a United States citizen, knowingly traveled in foreign commerce from Los Angeles County, within the Central District of California, to the Kingdom of Thailand, and engaged and attempted to engage in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Sections 2423(c) and (e).

COUNT THREE

[18 U.S.C. §§ 1591(a)(1), (b)(2), 1596(a)]

On or about September 2, 2012, in the Kingdom of Thailand, defendant PAUL ALAN SHAPIRO, a national of the United States who was arrested in, and with last known residence in, Los Angeles County, within the Central District of California, knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, "Minor 2", knowing and in reckless disregard of the fact that "Minor 2" had not attained the age of 18 years and would be caused to engage in a commercial sex act, as defined in Title 18, United States Code, Section 1591(e)(3), in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), and 1596(a)(1) and (2).

## NOTICE OF FORFEITURE

### [18 U.S.C. §§ 1594, 2428]

1.  The allegations contained in Counts One through Three of this First Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2428, and Title 18, United States Code, Section 1594.

2.  Upon conviction of an offense in violation of Title 18, United States Code, Section 2423, or Title 18, United States Code, Section 1591, as alleged in Counts One through Three of this First Superseding Indictment, defendant PAUL ALAN SHAPIRO ("SHAPIRO") shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of these offense(s) and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense(s).

3.  The property to be forfeited includes, but is not limited to, the following:

**a.  Money Judgment**

An undetermined sum of United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate was used or intended to be used to commit or to facilitate the commission of the offense(s).

**b.  U.S. Currency and/or Financial Accounts**

JP Morgan Chase Bank, N.A., all funds on deposit or

credited to the account numbers ending in 7711 and 7681, which are held in the name of defendant SHAPIRO.

    4.   If any of the property described above, as a result of any act or omission of defendant SHAPIRO:

        a.   cannot be located upon the exercise of due diligence;

        b.   has been transferred or sold to, or deposited with, a third party;

        c.   has been placed beyond the jurisdiction of the court;

        d.   has been substantially diminished in value; or

        e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of

//

//

6

1  substitute property pursuant to Title 21, United States Code,

2  Section 853(p), as incorporated by Title 28, United States Code,

3  Section 2461(c).

4

5                                        A TRUE BILL

6

7                                        /S/

8                                   Foreperson

9

10

EILEEN M. DECKER
11 United States Attorney

12

13 LAWRENCE S. MIDDLETON
   Assistant United States Attorney
14 Chief, Criminal Division

15

STEVEN J. GROCKI
16 Chief, Child Exploitation & Obscenity Section
   Criminal Division
17 U.S. Department of Justice

18

AMY E. LARSON
19 Trial Attorney
   Child Exploitation & Obscenity Section
20 Criminal Division
   U.S. Department of Justice
21

22 AUSTIN M. BERRY
   Trial Attorney
23 Child Exploitation & Obscenity Section
   Criminal Division
24 U.S. Department of Justice

25

26

27

28